**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Ronald CURETON, Defendant–**
**Appellant.**

No. 00–7631

United States Court of Appeals,
Fourth Circuit.

Submitted: June 21, 2001

Decided: June 27, 2001

Ronald Cureton, Appellant Pro Se. Brian Lee Whisler, Office of the United States Attorney, Charlotte, North Carolina, for Appellee.

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM:

Ronald Cureton seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000) as untimely. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Cureton,* Nos. CR–96–41–2; CA–00–484–3–V–2 (W.D.N.C. filed Oct. 25, 2000; entered Oct. 26, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*